# UNITED STATES DISTRICT COURT
for the
Western District Of Pennsylvania

U.S.A. vs.     Michael Ray Nelson                    Docket No.   0315 1:24CR00028

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Tom Kimmick, U.S. Probation Officer, presenting an official report upon the conduct of defendant Michael Ray Nelson, who was placed under pretrial release supervision by the Honorable Richard A. Lanzillo sitting in the COURT at Erie, Pennsylvania, on the 7th day of January, 2025, under conditions which include the following:

- *The defendant must not violate federal, state, or local law while on release.*
- *The defendant must report as soon as possible to pretrial services any change in address, telephone or employment status.*
- 

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 25, 2025, Pretrial Services obtained information that Mr. Nelson had incurred the following new criminal charges: 1) Simple Assault (M2), and Harassment – Subject to Physical Harm (S), filed at MJ-30306-CR-0000173-2025, from an incident that allegedly occurred on August 12, 2025. As reported in the criminal complaint, on August 12, 2025, Titusville Police Department received a call for a prior physical domestic incident, and the victim was requesting EMS for a head injury. While officers were approaching the residence, they reportedly heard a female screaming and crying out in pain. In the complaint it was reported that Mr. Nelson struck the female on the right side of her head in the jaw/ear area. The altercation between Mr. Nelson and the female took place at Mr. Nelson's mother's residence located at 21 Washington Way, Titusville, Pennsylvania, which is the last known address provided by the defendant. It was reported that Mr. Nelson left the residence after the altercation, and his location remains unknown. Due to Mr. Nelson not being located, Titusville Police Department issued a warrant for Mr. Nelson.

Pretrial Services has attempted to contact Mr. Nelson via text message due to his phone not being capable of receiving phone calls; however, we have not received a response as of this writing. Pretrial Services has not had any communication from Mr. Nelson since June 13, 2025. Pretrial Services has made numerous attempts to contact Mr. Nelson at his mother's residence, all of which have been unsuccessful. His mother has consistently advised us that the defendant has either not been there or was currently not residing there. Every time Pretrial Services conducted a visit at the residence, we requested that Mrs. Nelson convey the message to the defendant to get in contact with Pretrial Services as soon as possible to stay in compliance; however, no contact has been made.

**Pretrial Services Recommendation:**

    PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST AND A BOND VIOLATION HEARING BE HELD.

ORDER OF COURT

☐ No Action
☑ The Issuance of a Warrant and:
　☑ Petition to be Unsealed Upon Notice of Arrest
☐ Bond Violation Be Scheduled
☐ Other

Considered and ordered this 8th day of September, 2025, and ordered filed and made a part of the records in the above case.

_____
The Honorable Richard A. Lanzillo
Chief U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2025

Tom Kimmick
2025.09.05 14:32:10 -04'00'
_____
Tom Kimmick
U.S. Pretrial Services/Probation Officer

Connie J. Dugan
2025.09.05 14:26:54 -04'00'
_____
Connie J. Dugan
Supervising U.S. Pretrial Services/Probation Officer

Place　Erie, Pennsylvania